UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO,<br><br>       Plaintiff,<br><br>  -against-<br><br>U.S. TOY CO., INC.,<br><br>       Defendant. | 23-cv-1990 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties have entered a joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing this case with prejudice. But it is styled as a "proposed" stipulation and order. See ECF No. 20. A stipulation under Rule 41(a)(1)(A)(ii) does not require further action by the Court. The parties shall refile the document as a stipulation of dismissal, and upon filing the case will be closed.

  SO ORDERED.

Dated: August 22, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge